TIM C. HALE (State Bar No. 114905)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: 650-327-9800
Facsimile: 650-327-3737
Email: thale@computerlaw.com
Email: csargent@computerlaw.com

Attorneys for Plaintiff
YIELD DYNAMICS, INC.

MICHAEL ADAMS
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 701-8713
Fax: (312) 706-9139
Email: mdadams@mayerbrown.com

Attorneys for Defendant
YIELD DYNAMICS GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>YIELD DYNAMICS GROUP, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-07-03998 CW<br><br>**STIPULATED PERMANENT INJUNCTION** |

1  Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and other applicable law, Plaintiff
2  Yield Dynamics, Inc. ("Plaintiff") and Defendant Yield Dynamics Group, Inc. ("Defendant") hereby
3  stipulate to entry of a permanent injunction against the Defendant, as follows:
4  Defendant, its respective officers, agents, servants, employees and attorneys, any others in active
5  concert or participation with them who receive actual notice of this Injunction by personal service or
6  otherwise are individually and collectively hereby permanently enjoined and prohibited from directly or
7  indirectly engaging in, committing, or performing any of the following acts: use of the name YIELD
8  DYNAMICS GROUP or any name that includes YIELD DYNAMICS in commerce and/or in
9  connection with any sales, marketing, advertising or promotion of goods and/or services in the United
10 States.
11 SO STIPULATED:

YIELD DYNAMICS, INC.

13 Dated: ___October 3___, 2007

By: Jonathan Buckheit, President and CEO

YIELD DYNAMICS GROUP, INC.

16 Dated: __OCTOBER 2__, 2007

By: STEVEN SMALL, CEO

17 APPROVED AS TO FORM:

18 RUSSO & HALE LLP                    MAYER BROWN LLP

19 By: _____         By: _____
20      Christopher Sargent                   Michael Adams

21 Attorneys for Plaintiff              Attorneys for Defendant
   YIELD DYNAMICS, INC.                  YIELD DYNAMICS GROUP, INC.
22

23 Dated: October 3, 2007               Dated: __OCTOBER 3__, 2007

24 IT IS APPROVED AND SO ORDERED:

25
26 Dated: _____, 2007
                                        _____
                                        Hon. Claudia Wilden
27                                      U.S. District Court Judge
28