TIM C. HALE (State Bar No. 114905)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: 650-327-9800
Facsimile: 650-327-3737
Email: thale@computerlaw.com
Email: csargent@computerlaw.com

Attorneys for Plaintiff
YIELD DYNAMICS, INC.

MICHAEL ADAMS
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 701-8713
Fax: (312) 706-9139
Email: mdadams@mayerbrown.com

Attorneys for Defendant
YIELD DYNAMICS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>YIELD DYNAMICS GROUP, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C-07-03998 CW<br><br>**STIPULATION EXTENDING TIME TO FILE ANSWER** |

1   It IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned
2   counsel, that pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 6-1(a), and other
3   applicable law, Plaintiff Yield Dynamics, Inc. and Defendant Yield Dynamics Group, Inc. ("Defendant")
4   hereby agree to extend the time for Defendant to file its Answer in the instant action by three (3) weeks,
5   or until October 26, 2007.

7   SO STIPULATED:
8   RUSSO & HALE LLP                           MAYER BROWN LLP

9   By: /s/ Christopher Sargent                By: /s/ Michael Adams
10      Christopher Sargent                        Michael Adams

11  Attorneys for Plaintiff                    Attorneys for Defendant
    YIELD DYNAMICS, INC.                       YIELD DYNAMICS GROUP, INC.

13  Dated: October 5, 2007                     Dated: October 5, 2007