TIM C. HALE (State Bar No. 114905)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: 650-327-9800
Facsimile: 650-327-3737
Email:  thale@computerlaw.com
Email:  csargent@computerlaw.com

Attorneys for Plaintiff
YIELD DYNAMICS, INC.

MICHAEL ADAMS
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 701-8713
Fax: (312) 706-9139
Email:  mdadams@mayerbrown.com

Attorneys for Defendant
YIELD DYNAMICS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>YIELD DYNAMICS GROUP, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-07-03998 CW<br><br>**STIPULATED PERMANENT INJUNCTION** |

1    Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and other applicable law, Plaintiff

2  Yield Dynamics, Inc. ("Plaintiff") and Defendant Yield Dynamics Group, Inc. ("Defendant") hereby

3  stipulate to entry of a permanent injunction against the Defendant, as follows:

4    Defendant, its respective officers, agents, servants, employees and attorneys, any others in active

5  concert or participation with them who receive actual notice of this Injunction by personal service or

6  otherwise are individually and collectively hereby permanently enjoined and prohibited from directly or

7  indirectly engaging in, committing, or performing any of the following acts:  use of the name YIELD

8  DYNAMICS GROUP or any name that includes YIELD DYNAMICS in commerce and/or in

9  connection with any sales, marketing, advertising or promotion of goods and/or services in the United

10  States.

11  SO STIPULATED:

YIELD DYNAMICS, INC.

13  Dated: _____October 3_____, 2007

By: Jonathan Buckheit, President and CEO

YIELD DYNAMICS GROUP, INC.

16  Dated: OCTOBER 2___, 2007

By: STEVEN SMALL, CEO

17  APPROVED AS TO FORM:

18  RUSSO & HALE LLP

MAYER BROWN LLP

20  By: _____
       Christopher Sargent

By: _____
       Michael Adams

21  Attorneys for Plaintiff
    YIELD DYNAMICS, INC.

Attorneys for Defendant
YIELD DYNAMICS GROUP, INC.

23  Dated: October 3, 2007

Dated: OCTOBER 3___, 2007

24  IT IS APPROVED AND SO ORDERED:

25           10/11
    Dated: _____, 2007

Hon. Claudia Wilden
U.S. District Court Judge