TIM C. HALE (State Bar No. 114905)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: 650-327-9800
Facsimile: 650-327-3737
Email:  thale@computerlaw.com
Email:  csargent@computerlaw.com

Attorneys for Plaintiff
YIELD DYNAMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>YIELD DYNAMICS GROUP, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C-07-03998 CW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[Fed.R.Civ.P. Rule 41(a)] |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff Yield Dynamics, Inc. dismisses the above-referenced action, with prejudice.

Dated: October 15, 2007            RUSSO & HALE LLP

                        By:     /s/
                            Christopher Sargent

                            Attorneys for Plaintiff
                            YIELD DYNAMICS, INC.